Hammill v Lazore (2024 NY Slip Op 01425)

Hammill v Lazore

2024 NY Slip Op 01425

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, OGDEN, AND DELCONTE, JJ.

149 CA 22-01991

[*1]MATTHEW J. HAMMILL AND YOUMIE J. HAMMILL, PLAINTIFFS-APPELLANTS,
v
JEROME A. LAZORE AND LISA LAZORE, DEFENDANTS-RESPONDENTS. 

COSTELLO, COONEY & FEARON, PLLC, SYRACUSE (MATTHEW W. O'NEIL OF COUNSEL), FOR PLAINTIFFS-APPELLANTS. 
SMITH SOVIK KENDRICK & SUGNET P.C., SYRACUSE (JOHN P. COGHLAN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from a judgment of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered December 9, 2022. The judgment, among other things, denied the request of plaintiffs for a permanent injunction. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court